UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**TED ABRAMS and**
**A. JAMES STREELMAN,**

    **Plaintiffs,**

v.     Civil No. 10-547 ACT/RLP

**LASKO PRODUCTS, INC.,**

    **Defendant.**

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO AMEND PLEADINGS**

This matter comes before the Court on Plaintiffs' Motion to Amended Pleadings, filed December 10, 2011 (Docket No. 32). Defendant has filed no Response in opposition to the Motion. Pursuant to D.N.M.LR-Civ 7.1(b) Defendant is deemed to have consented to the Motion.

Therefore it is ORDERED that Plaintiffs' Motion to Amend the Pleadings is GRANTED.

Plaintiffs' may electronically file their Amended Complaint in accordance with D.N.M.LR-Civ. 5.1.

                                              Richard L. Puglisi
                                      Chief United States Magistrate Judge